IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY JAMES OSBORN                                                                    PETITIONER
ADC #079034

v.                              Case No. 5:14-cv-00167-JTK

WENDY KELLEY, Director,                                                              RESPONDENT
Arkansas Department of Correction[1]

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 9th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Wendy Kelley replaced Roy Hobbs as Director of the Arkansas Department of Correction. Under Federal Rule of Civil Procedure 25(d), Wendy Kelley is automatically substituted as Respondent in this action.